# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5192**  **September Term, 2006**

06cv00229

**Filed On:**

Robert M. Levine,
    Appellant

v.

Alberto Gonzales, Attorney General,
    Appellee



DEC X 8 2006

## ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

    The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _[signature]_
Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _[signature]_ Deputy Clerk